COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Julie Fischer v. Sam Ramsey, Nancy Ramsey, Kurt Ronacher, and Melissa Ronacher

Appellate case number:   01-14-00743-CV

Trial court case number:  2007-63130

Trial court:             234th District Court of Harris County

     This case involves an appeal from an "Order on Debtor's Motion to Vacate," signed on August 7, 2014. Appellant, Julie Fischer, filed her notice of appeal on September 6, 2014. *See* TEX. R. APP. P. 25.1, 26.1. The clerk's record was filed on November 12, 2014. A reporter's record has not been filed.

     On October 14, 2014, the Clerk of this Court notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not requested a reporter's record or paid, or made arrangements to pay, for the reporter's record. *See* TEX. R. APP. P. 35.3(b). The Clerk further notified appellant that unless she provided written evidence that she had paid, or made arrangements to pay, for the reporter's record, or provided proof that she is entitled to proceed without payment of costs by November 13, 2014, the Court might consider the appeal without a reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant has not adequately responded. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.*

     **Appellant's brief is ORDERED to be filed within 30 days of the date of this order**. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

     It is so ORDERED.

Judge's signature: /s/ Terry Jennings
          ☑ Acting individually    ☐ Acting for the Court

Date: January 8, 2015